KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Richard M. Cieri (RC 6062)
Matthew A. Cantor (MC 7727)
Edward Sassower (ES 5823)
Robert G. Burns (RB 0970)

Counsel for the Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Calpine Corporation et al. | ) | Case No. 05-60200(brl) |
| Debtors. | ) | Jointly Administered |
| | ) | |
| Calpine Kennedy Operators, Inc., et al. | ) | Adversary Proceeding No. 05-3571 |
| Plaintiffs, | ) | |
| v. | ) | |
| Federal Energy Regulatory Commission, | ) | |
| Defendant. | ) | |

<u>**NOTICE OF ADJOURNMENT OF INJUNCTION HEARING**</u>

**PLEASE TAKE NOTICE** that the hearing for injunction in the above captioned

adversary proceeding has been adjourned by mutual consent from January 31, 2006, at 10:00

a.m. to February 15, 2006, at 10:00 a.m. (EST) before the Honorable Judge Lifland at the United

States Federal Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, New York 10004-1408.   This hearing pertains to the Debtors' Motion for

Declaratory Judgment Ex Parte Temporary Restraining Order and Preliminary Injunction filed

December 21, 2005.  An ex parte Temporary Restraining Order was entered against the

defendant Federal Energy Regulatory Commission.

        **PLEASE TAKE FURTHER NOTICE** that the Temporary Restraining Order

remains in place by mutual agreement of the parties.


Dated:  January 5, 2006          _____*/s/ Richard Cieri*_____

        KIRKLAND & ELLIS LLP
        153 East 53rd Street
        New York, New York  10022-4611
        Telephone:  (212) 446-4800
        Facsimile:   (212) 446-4900
        Richard M. Cieri (RC 6062)
        Matthew A. Cantor (MC 7727)
        Edward Sassower (ES 5823)
        Robert G. Burns (RB 0970)

        Counsel for the Debtors and Debtors in Possession