(A)6-,5,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>CALPINE CORPORATION, et al.,<br><br>　　　　　Debtors.<br>⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯<br>CALIFORNIA DEPARTMENT OF WATER<br>RESOURCES, et al.,<br>　　　　　Plaintiffs,<br>v.<br><br>CALPINE CORPORATION, et al.,<br>　　　　　Defendants. | **USDC SDNY**<br>**DOCUMENT**<br>**ELECTRONICALLY FILED**<br>**DOC #:** _____<br>**DATE FILED:** 1-19-06<br><br>05 Civ. 10842 (RCC)<br>05 Civ. 10861 (RCC)<br>05 Civ. 10875 (RCC) |

### STIPULATED ORDER WITHDRAWING REFERENCE OF ADVERSARY PROCEEDING

This Court having withdrawn the reference to the Bankruptcy Court of the Motion of the

Debtors for Entry of an Order Authorizing Debtors to Reject Certain Energy Contracts in the

above-captioned contested matter by Order dated January 5, 2006, having held a Status

Conference on January 6, 2006, and having entered a Stipulated Order on January 12, 2006 with

respect thereto, and the parties to this matter having reached agreement on the additional matter

set forth herein, and the Court being satisfied with such agreements and finding that good cause

exists for granting the relief set forth herein,

IT IS HEREBY ORDERED, ADJUDGED and DECREED as follows:

1.　　　Defendants and the Federal Energy Regulatory Commission ("FERC") consent to

this Court's withdrawal of the reference to the Bankruptcy Court in the adversary proceeding

*Calpine Kennedy Operators, Inc., et al. v. Federal Energy Regulatory Commission*, ADV. No.

05-03571-brl, and the reference with respect to the foregoing adversary proceeding is hereby withdrawn. The temporary restraining order will remain in place unless and until the Court instructs otherwise. FERC's date to answer, move or otherwise respond to the Complaint in the adversary proceeding is hereby extended to March 1, 2006.

SO ORDERED.

DATED: New York, New York
       January 19, 2006

Richard Conway Casey
United States District Judge

AGREED AS TO FORM ON THIS 13TH DAY
OF JANUARY, 2006:

MICHAEL J. GARCIA
United States Attorney for the Southern District of New York
Attorney for the United States of America

By: _____
    DAVID JONES (DJ-5276)
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York 10007
    Telephone: (212) 637-2739
    Facsimile: (212) 637-2686

2.

CALIFORNIA DEPARTMENT OF WATER RESOURCES,
CALIFORNIA ELECTRICITY OVERSIGHT BOARD, AND
ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By:_____
Michael Luskin
Luskin, Stern & Eisler LLP
330 Madison Avenue, Suite 3400
New York, NY 10017
Telephone: (212) 293-2700
Fax: (212) 293-2705
Email: mluskin@lse-law.com


SOUTHERN CALIFORNIA EDISON COMPANY


By:_____
Thomas B. Walper
Mark Shinderman
Munger, Tolles & Olson LLP
355 S. Grand Avenue
35th Floor
Los Angeles, CA 90071
Tel: 213-683-9193
Fax: 213-683-5193
Email: thomas.walper@mto.com


PACIFIC GAS AND ELECTRIC COMPANY


By:_____
Dianne F. Coffino
Irena Goldstein
Dewey Ballantine LLP
1301 Avenue of the Americas
New York, NY 10017
Telephone: (212) 259-8000

3

CALIFORNIA DEPARTMENT OF WATER RESOURCES,
CALIFORNIA ELECTRICITY OVERSIGHT BOARD, AND
ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By:_____

    Michael Luskin
    Luskin, Stern & Eisler LLP
    330 Madison Avenue, Suite 3400
    New York, NY 10017
    Telephone: (212) 293-2700
    Fax: (212) 293-2705
    Email: mluskin@lse-law.com

SOUTHERN CALIFORNIA EDISON COMPANY

By:_____

    Thomas B. Walper (TW-3932)
    Mark Shinderman (MS-2258)            David M. Posner (DP-6505)
    Munger, Tolles & Olson LLP            Hogan & Hartson L.L.P.
    355 S. Grand Avenue                 875 Third Avenue
    35th Floor                           New York, NY 10022
    Los Angeles, CA 90071             Tel: 212-918-3000
    Tel: 213-683-9100                  Fax: 212-918-3100
    Fax: 213-683-5193                 Email: dmposner@hhlaw.com
    Email: thomas.walper@mto.com

PACIFIC GAS AND ELECTRIC COMPANY

By:_____

    Dianne F. Coffino
    Irena Goldstein
    Dewey Ballantine LLP
    1301 Avenue of the Americas
    New York, NY 10017
    Telephone: (212) 259-8000

3

CALIFORNIA DEPARTMENT OF WATER RESOURCES,
CALIFORNIA ELECTRICITY OVERSIGHT BOARD, AND
ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

By:_____

    Michael Luskin
    Luskin, Stern & Eisler LLP
    330 Madison Avenue, Suite 3400
    New York, NY 10017
    Telephone: (212) 293-2700
    Fax: (212) 293-2705
    Email: mluskin@lse-law.com

SOUTHERN CALIFORNIA EDISON COMPANY

By:_____

    Thomas B. Walper
    Mark Shinderman
    Munger, Tolles & Olson LLP
    355 S. Grand Avenue
    35th Floor
    Los Angeles, CA 90071
    Tel: 213-683-9193
    Fax: 213-683-5193
    Email: thomas.walper@mto.com

PACIFIC GAS AND ELECTRIC COMPANY

By:_____

    Dianne F. Coffino
    Irena Goldstein
    Dewey Ballantine LLP
    1301 Avenue of the Americas
    New York, NY 10017
    Telephone: (212) 259-8000

3

STRATEGIC ENERGY, LLC

By: _____

Patrick L. Hayden (PH-9716)
Christine M. Fecko (CF-8960)
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York., New York 10105
Telephone: (212) 548-2100
Facsimile: (212) 548-2150

-and-

Dion W. Hayes
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061

4

NORTHERN CALIFORNIA POWER AGENCY
On behalf of its members, the Cities of Ukiah, Healdsburg,
Lompoc, Gridley and Biggs, and the Plumas Sierra Rural
Electric Cooperative

By: _____

Patrick L. Hayden (PH-9716)
Christine M. Fecko (CF-8960)
McGUIREWOODS LLP
1345 Avenue of the Americas
Seventh Floor
New York., New York 10105
Telephone: (212) 548-2100
Facsimile: (212) 548-2150

-and-

Dion W. Hayes
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Telephone: (804) 775-1000
Facsimile: (804) 775-1061

-and-

Mark Gorton
McDONOUGH HOLLAND & ALLEN PC
Attorneys at Law
55 Capitol Mall, 9th Floor
Sacramento, California 95814
Telephone: (916) 444-3900
Facsimile: (916) 442-2780

5

CALPINE CORPORATION, ET AL.

By: _____

Jeffrey S. Powell
Matthew A. Cantor (MC 7727)
Neil L. Levy
Andrew B. Clubok
KIRKLAND & ELLIS LLP
153 East 53rd Street
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

6